

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**327 South Church Street**
**Rockford, Illinois 61101**

Thomas G. Bruton 815-987-4354
Clerk

Oklahoma Western

Re: Ferrell v. Deere & Co.

USDC Number: 22cv50190

MDL Number: 3030

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC Oklahoma Western. The case number assigned to the above case is 22cv50190. Judge Iain D. Johnston is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Western Division.

    Sincerely,
    Thomas G. Bruton, Clerk

    By: Jaclyn Pieczkiewicz
        Deputy Clerk